11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Eagle Oil & Gas Co.,                                    * From the 238th District
                                                          Court of Midland County,
                                                          Trial Court No. CV-46,196

Vs. No. 11-11-00290-CV                                 * October 31, 2013

TRO-X, L.P.,                                           * Opinion by McCall, J.
                                                          Dissenting Opinion by Wright, C.J.
                                                          (Panel consists of: Wright, C.J.,
                                                          McCall, J., and Hill, sitting by
                                                          assignment)
        AND                                               (Willson, J., not participating)

TRO-X, L.P.,

Vs. No. 11-11-00290-CV

Eagle Oil & Gas Partners, LLC,

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion: We reverse that portion of the trial court's judgment wherein it held that Eagle Oil & Gas Co. had breached the New Prospects Agreement as found by the jury in Question Nos. 1(a), 1(b), and 1(c). We render judgment that TRO-X, L.P. take nothing in that regard from Eagle Oil & Gas Co. We affirm the judgment that TRO-X take nothing from Eagle Oil & Gas Partners, LLC. We render judgment that TRO-X recover the sum of $379,788.80 ($1,064,789.45 due to TRO-X less $685,000.65 in expenses due to Eagle Oil & Gas Co.) as shown by the accounting. We reverse the award of attorney fees and render judgment that TRO-X take nothing in this appeal for attorney fees.